CLAIMANT GOOD FAITH WIFE AND HEIR, AMADA DE LOS REYES, AS CLAIMANT HEIR, ET AL. March 22, 1926. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. C. L. Bouve* and *A. Warren Parker* for petitioner. No appearance for respondents.

---

No. 976. GANO LEE, AN INCOMPETENT PERSON, BY HIS GUARDIAN AND NEXT FRIEND, JOHN F. EGAN *v.* MARCH OIL COMPANY. March 22, 1926. Petition for writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Messrs. Tom D. McKeown, Joseph C. Stone,* and *Charles A. Moon* for petitioner. *Mr. Thomas D. Lyons* for respondent.

---

No. 977. SALINA LAND *v.* MARCH OIL COMPANY. March 22, 1926. Petition for writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. Tom D. McKeown* for petitioner. *Mr. Thomas D. Lyons* for respondent.

---

No. 979. ANDREW W. MELLON, DIRECTOR GENERAL OF RAILROADS AND AGENT APPOINTED BY THE PRESIDENT UNDER SECTION 206(A) OF THE TRANSPORTATION ACT 1920, *v.* OSWALD & TAUBE, A PARTNERSHIP COMPOSED OF HENRY OSWALD AND ARTHUR G. TAUBE. March 22, 1926. Petition for writ of certiorari to the Supreme Court of the State of Ohio denied. *Messrs. George Hoadly* and *Edward Colston* for petitioner. *Mr. Alfred Bettman* for respondent.

---

No. 980. MARY C. BOLAND, ROSE M. McAULIFFE, EMMA PAIRO, ET AL. *v.* ELIZABETH C. HILL, MARY A. McCARTHY, ELIZABETH DOLAN, ET AL. March 22, 1926. Petition for writ of certiorari to the Court of Appeals of the District